DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIPPER PROPERTIES, LP,** and **EDWARD RHODES,**
Appellants,

v.

**STEVEN SERLE, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,** and **ROBERT BURROW,**
Appellees.

No. 4D2024-2456

[November 13, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 50-2021-CA-005257-XXXX-MB.

J. Wil Morris of Morris Legal, LLC, Miami, for appellant Clipper Properties, LP.

Jennifer Chapkin of Chapkin Law, Boca Raton, for appellee Steven Serle.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***